IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                                                                          NO. 5:07-CR-17

MICHAEL TYLER

### ORDER TO UNSEAL PLEA AGREEMENT

Came on this day on Motion of Michael Knapp, attorney of record for Michael Tyler, to Unseal the Plea Agreement signed by the defendant and the government , and it appearing unto the Court that a valid reason has been presented to grant same, the Court is of the opinion that said Motion is well taken and should be granted:

IT IS THEREFORE ORDERED THAT Michael Knapp be allowed to inspect to sealed plea agreement entered in this cause.

ORDERED THIS THE   23rd   DAY OF January, 2008.

                                                    s/ David Bramlette
                              UNITED STATES DISTRICT COURT JUDGE

Presented by:
Michael Knapp
405 Tombigbee St.
Jackson, MS 39201

601-988-5308

1

That Michael Knapp was recently appointed to represent Michael Tyler, after the death of his former attorney, William Barnett.

2

That after talking with his client, Michael Knapp became aware that defendant desires to move this Court to set aside his plea agreement.

3

That to properly investigate this intended motion, Michael Knapp needs to examine the plea agreement.

4

That the clerk informed Michael Knapp that the plea agreement was sealed and that a court order was needed.

Wherefore the Defendant, Michael Tyler, moves this Court for an order unsealing the plea agreement for the benefit of Michael Knapp, his attorney.

Respectfully submitted,

_____
Michael Knapp #4203
405 Tombigbee Street

Jackson, ms 39201
601-988-5308